UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 10-23713-AJC
Chapter: 11

FOUR SEASONS 66B INVESTMENTS CORP.

DEBTOR

_____/

## DEBTOR'S SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES/ PLAN/PLAN/ REQUIRED INFORMATION

Debtor Four Seasons 66B Investments Corp., hereinafter Debtor, through its undersigned attorney, submits this Second Motion for Extension of Time to File Schedules/ Plan/ Required Documentation. Debtor respectfully shows the Court as follows:

1. On June 2, 2010, Debtor, through its undersigned attorney, filed Motion for Extension of Time to File Schedules/ Plan/ Required Information.

2. On June 7, 2010, Judge Cristol signed an Order Granting Debtor's Motion for Extension of Time to File Schedules/ Plan/ Required Information, giving Debtor until June 15, 2010, to comply with the Court's requirements.

3. During the past 12 days, counsel for Debtor has not been able to obtain the Court's required documents from Debtor due to the fact that the president and owner of Debtor corporation is a foreign national who has been out of the country with no access to such documents.

4. Counsel for Debtor states for the record that this is not a delay tactic, but rather an inadvertent mistake on the part of Debtor of not providing counsel the necessary documents prior to the filing of the Chapter 11 petition.

4. Counsel for Debtor needs additional time to gather the necessary documents from Debtor to faithfully comply with the Court required documents.

**WHEREFORE,** the Debtor respectfully requests this Court to enter an order grating Debtor an Extension of Time to file the Schedules, Plan, and Required Information.

Submitted this 14th day of June, 2010.

BY: _____
Cesar J. Dominguez, Esq. (0169277)
The Law Office of Dominguez & Associates, P.A.
201 South Biscayne Blvd/ 28th Floor
Miami, FL 33131
Telephone: 305-913-1780
Fax: 305-964-7591
Email: cesar@dominguezassociateslaw.com