United States Bankruptcy Court
Southern District of Florida

In re ,

FOUR SEASONS 66B INVESTMENTS, CORP.

Debtor

_____/    Case NO: 10-23713-AJC

Chapter 11

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

**LIST OF EQUITY SECURITY HOLDERS**

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| David Gonzalez<br>1600 Ponce de Leon<br>Coral Gables, FL 33134 | A | 100% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: June 21, 2010            Signature /s/ _____
                                              Jose Blanco
                                              Vice President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.