UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE:<br><br>Four Seasons 66B Investments, Corp<br><br>Debtor. | Case No. 10-23713-AJC<br><br>Chapter 11 |

**MOTION FOR ADEQUATE PROTECTION**
**(Re: 1425 BRICKELL AVENUE, CONDO UNIT #66B, MIAMI, FL 33131)**

Comes now, JPMorgan Chase Bank, National Association, and hereby requests that this Court enter an Order Granting Adequate Protection and states as follows:

1. That the Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C. 361 and 11 U.S.C. 362(d) and Bankruptcy Rule 4001(a).

2. Debtor filed this Chapter 11 case on May 19, 2010.

3. That JPMorgan Chase Bank, National Association, is a secured creditor by virtue of a note and mortgage, copies of which are attached hereto and made a part hereof, as Exhibit "A". See Also Exhibit "B" copy of FDIC Affidavit.

4. That the aforementioned documents give the secured creditor, JPMorgan Chase Bank, National Association, a first mortgage position on the property known as:

UNIT NO. 66B OF MILLENNIUM TOWER RESIDENCES, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN O.R. BOOK 21766, PAGE 4639, AND ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

5. That the Debtor is indebted to the secured creditor in the amount of $1,555,283.48. The currently monthly mortgage payment is $8,389.88 as evidenced on the attached Exhibit "C" Affidavit in Support of Motion for Adequate Protection.

6. Monthly pre-confirmation adequate protection payments of $8,389.88 are requested.

7. That contractual mortgage payments have been in default since February 1, 2009.

8. That the Debtor failed to adequately protect the interest of the secured creditor, JPMorgan Chase Bank, National Association.

9. That upon information and belief, the fair market value of the property is $1,350,000.00. See attached Broker Price Opinion as Exhibit "D".

10. That there is no equity in the property.

Wherefore, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION moves this Court for Adequate Protection and for an Order granting JPMORGAN CHASE BANK, NATIONAL ASSOCIATION the adequate protection payments requested or for any other order as this Court may deem just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Adequate Protection was sent via CM/ECF transmission or standard first class mail on this 25th day of August, 2010 to the following:

Four Seasons 66B Investments, Corp, 1600 Ponce De Leon #1204, Coral Gables, FL 33134

Cesar J. Dominguez, 201 South Biscayne Boulevard 28 Floor, Miami, FL 33131

United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

All other interested parties and creditors listed on the 1007(d) parties-in-interest list.

/s/ Mariam S. Zaki
Mariam S. Zaki
FL Bar # 18367
SHAPIRO & FISHMAN, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: (813) 367-5814
Fax: (813) 880-8800
E-mail: mzaki@logs.com

09-141310