UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

IN RE:

Four Seasons 66B Investments, Corp

Debtor(s).

Case No. 10-23713-AJC
Chapter 11

## AFFIDAVIT OF DEFAULT

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH.

ss.

BEFORE ME, the undersigned authority, this day personally appeared Kevin L. Hing, Esq., being first duly sworn, deposes and says:, the Creditor herein, who upon being duly sworn, deposes and says:

1.  I am an attorney at the firm of Shapiro, Fishman & Gaché and am an attorney of record for JPMorgan Chase Bank, National Association ("Chase") and, as such, make this Affidavit based upon my personal knowledge.

2.  On August 30, 2010, this court entered an Agreed Order Granting Motion for Adequate Protection (the "Order", DE #31), pursuant to which the Debtors agreed and was ordered to make monthly adequate protection payments in the amount of $8,389.88, commencing on October 1, 2010. Paragraph 4 of the Order provides that Chase may provide the Debtor with 72 hour telephonic notice of default the Debtor's attorney and an opportunity to cure such default in the event that the Debtor fails to make the adequate payments required under the terms of the Order.

3.    On June 14, 2011, I provided telephonic notice to Cesar J. Dominguez, the Debtor's counsel of record, that the Debtor is in default under the terms of the Order, and that such default consists of the Debtor's failure to make adequate payments due for November, 2010 through May, 2011, a total of seven (7) payments totaling $58,729.16. I also provided telephonic notice to said counsel that, pursuant to the Order, the Debtor shall have 72 hours from the date and time of such notice to cure the default.

4.    As of this date, the Debtor has not cured the above-referenced default.

FURTHER AFFIANT SAYETH NOT.

Kevin L. Hing
FL Bar # 0071976
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: khing@logs.com

Sworn to and subscribed to before me this 23rd day of JUNE, 2011.

Notary Public
State of Florida
09-141310

SHAVONNE SIVER
MY COMMISSION # EE 048071
EXPIRES: December 9, 2014
Bonded Thru Notary Public Underwriters

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Affidavit of Default has been sent by electronic or standard first class mail on this 23rd day of June, 2011 to the following:

Four Seasons 66B Investments, Corp. 1600 Ponce De Leon #1204, Coral Gables, FL 33134
Cesar J. Dominguez, 201 South Biscayne Boulevard 28 Floor, Miami, FL 33131
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130
All other interested parties and creditors listed on the 1007(d)parties-in-interest list.

Kevin L. Hing
FL Bar # 0071976
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: khing@logs.com

09-141310